IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re Lisa Alcott<br><br>Debtor(s).<br><br>Lisa Alcott<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. Department of Education<br><br>   Defendant. | Chapter 7 No. 20-05707<br><br><br><br>Adv. Pro. No.<br>20-00224<br><br>Honorable Judge Carol A. Doyle |

## AGREED STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041, Plaintiff Lisa Alcott and Defendant U.S. Department of Education, hereby jointly and mutually stipulate to the dismissal of any and all remaining claims asserted herein against each other by virtue of any pleading entered or filed in the proceeding, with each party responsible for its own legal fees and court costs.

**AGREED TO IN FORM AND SUBSTANCE:**

*Lisa Alcott*
_____
Lisa Alcott
Plaintiff

JOHN R. LAUSCH, Jr.
United States Attorney

By: *David H. DeCelles*
_____
David H. DeCelles
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220

**Prepared by:**
Joshua Emberton 6329644
**The Law Firm of David Daudell**
211 West Wacker Drive Suite 500A

Chicago, Illinois 60606
Phone: (312) 701-0012